# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3168
_____

| | |
|---|---|
| Darnell Forest, | * |
| | * |
| Appellant, | * |
| | *   Appeal from the United States |
| v. | *   District Court for the |
| | *   Eastern District of Missouri. |
| Barnes-Jewish Hospital, | * |
| | *   [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: July 30, 2008
Filed: August 5, 2008

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Darnell Forest appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination suit brought under 42 U.S.C. § 1981 and the Age Discrimination in Employment Act. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Forest, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.